ORDERED UNSEALED on 06/11/2024 s/ judepeters

SEALED

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JOSEPH ORTIZ (1), and<br>RODNEY RICHARDSON (2),<br>Defendants. | Case No.: **24-mj-02219**<br><br>COMPLAINT FOR VIOLATIONS OF:<br><br>Title 21 U.S.C. §841(a)(1) – Possession with Intent to Distribute Cocaine;<br>Title 18 U.S.C. §924(c)(1) – Possession of a Firearm in Furtherance of a Drug Trafficking Crime; and<br>Title 26 U.S.C. § 5861(d)(1) – Possession of an Unregistered Firearm |

The undersigned complainant being duly sworn states:

COUNT ONE

On or about April 17, 2024, within the Southern District of California, defendant JOSEPH ORTIZ, did knowingly and intentionally possess, with the intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

COUNT TWO

On or about April 17, 2024, within the Southern District of California, defendant JOSEPH ORTIZ, in furtherance of a drug trafficking crime, namely possession with intent to distribute cocaine as charged in Count One, did knowingly possess a firearm, to wit: an unserialized short-barreled rifle and three (3) unserialized 9mm handguns; in violation of Title 18, United Sates Code, Section 924(c)(1).

//

//

//

COUNT THREE

On or about April 17, 2024, within the Southern District of California, defendant JOSEPH ORTIZ did knowingly possess a firearm, to wit: an unserialized short-barreled rifle, which is a rifle with a barrel of less than 16 inches in length or an overall length under twenty-six inches; not registered to him in the National Firearms Registration and Transfer Record; in violation of Title 26, United States Code, Section 5861(d).

COUNT FOUR

On or about April 17, 2024, within the Southern District of California, defendant RODNEY RICHARDSON did knowingly possess a firearm, to wit: an unserialized short-barreled rifle, which is a rifle with a barrel of less than 16 inches in length or an overall length under twenty-six inches; not registered to him in the National Firearms Registration and Transfer Record; in violation of Title 26, United States Code, Section 5861(d).

AUSTIN SAILOR
Special Agent, ATF

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 7th day of June 2024.

HON. DANIEL E. BUTCHER
UNITED STATES MAGISTRATE JUDGE

**PROBABLE CAUSE STATEMENT**

On or about April 17, 2024, Officers with the San Diego County Sheriff's Department (SDSO) executed a search warrant – authorized by a San Diego Superior Court Judge – at the residence located at 3729 La Colusa Drive, San Marcos, California 92078 (the "Residence"), which is within the Southern District of California. Investigators had applied for the search warrant for the Residence based on, among other facts, controlled purchases of cocaine from JOSEPH ORTIZ. The search warrant was executed at approximately 1:00 p.m. and police arrived at the Residence earlier to conduct pre-search surveillance.

As police conducted pre-search surveillance, they observed ORTIZ depart the Residence on foot. Police then contacted ORTIZ near the area of 190 South Rancho Santa Fe Road and identified themselves to ORTIZ as law enforcement. When police identified themselves, ORTIZ fled on foot and attempted to evade police by jumping over a fence. ORTIZ was ultimately detained, arrested, and searched. A search of ORTIZ revealed, among other things, a cell phone, approximately nine baggies containing a total of approximately 15 grams of a white powdery substance that was sampled and field tested positive for the presence of cocaine, approximately 15 tabs of suspected LSD, and a partial pill described by ORTIZ as being "ecstasy."

A search of the Residence resulted in the seizure of hundreds of rounds of ammunition, several firearms, compatible ammunition and ammunition magazines, drug distribution paraphernalia, and more than $15,000 in cash. RODNEY RICHARDSON and an individual with the initials R.R. were present at the Residence during the search. During a search of the Residence, investigators identified three separate bedrooms belonging to ORTIZ, RICHARDSON, and R.R. This statement includes a partial summary of the evidence seized during the search of the Residence.

During a search of ORTIZ's bedroom, investigators found mail, a health care card, and other documents bearing ORTIZ's name. A search of ORTIZ's room revealed an unserialized short-barreled rifle with a barrel less than 9.5" in length, which was located under ORTIZ's mattress. Next to that short-barreled rifle was a 30-round ammunition

magazine loaded with compatible 5.56 caliber ammunition. On the floor next to the bed in ORTIZ's room, investigators found a ballistics vest, an unserialized 9mm handgun, and multiple boxes of both 5.56 and 9mm ammunition, two digital scales, and hundreds of small plastic baggies. A search of a dresser in ORTIZ's room revealed two more unserialized 9mm handguns and compatible 9mm ammunition, approximately 17 additional baggies of suspected cocaine similar in appearance and quantities to the baggies ORTIZ possessed when he was arrested, and approximately $15,270 in cash. A total of approximately 36 grams of cocaine were seized from ORTIZ on April 17, 2024.

During a search of RICHARDSON's bedroom, investigators found a bag containing an unserialized short-barreled rifle with a barrel less than 9.5" in length. That bag also contained more than 150 rounds of compatible 5.56 caliber ammunition and a loaded .357 caliber Smith & Wesson revolver. RICHARDSON admitted to possession of the firearms found in his bedroom at the Residence.

During a post-arrest interview, RICHARDSON stated he has lived at the Residence for approximately ten years and that ORTIZ has been living at the Residence for approximately two years. RICHARDSON further advised investigators that ORTIZ is the only person that lives in the bedroom identified as belonging to ORTIZ and that everything in ORTIZ's bedroom belongs to ORTIZ. RICHARDSON further admitted that he had purchased the rifle from a neighbor and was aware that it was not registered or compliant with the law.

Investigators obtained and executed a search warrant for the phone seized from ORTIZ on April 17, 2024. A search of that phone revealed communications demonstrating that ORTIZ lives at the Residence and communications consistent with ORTIZ being engaged in narcotics sales.

Based on my training and experience, the amount of cocaine seized from ORTIZ during his arrest and search of his bedroom at the Residence are distributable quantities. This conclusion is based upon a review of the totality of the evidence seized, which includes ORTIZ's possession of a large quantity of cash along with drug distribution paraphernalia such as scales and hundreds of small plastic baggies, which is consistent

with distribution of controlled substances in smaller quantities using those tools and receiving cash proceeds in return. In my experience, individuals involved in drug trafficking will frequently possess a firearm to protect themselves, their drugs, and proceeds from drug sales.

The unserialized short-barreled rifles seized from ORTIZ's and RICHARDSON's bedroom at the Residence each have a barrel of less than 16 inches in length or an overall length under twenty-six inches and must therefore be registered in accordance with the National Firearms Act. A query of the National Firearms Registration and Transfer Record revealed that there is no history of either ORTIZ or RICHARDSON registering any firearms that meet the registration requirements as described in the National Firearms Act.

**REQUEST FOR SEALING**

It is further respectfully requested that this Court issue an Order sealing, until further order of this Court, all papers submitted in support of this complaint, including the probable cause statement and arrest warrant. Sealing is necessary because premature disclosure of the contents of this probable cause statement and related documents may cause the defendant to flee, cause destruction of evidence, or have a negative impact on this continuing investigation.